IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-381-D

WILLIAM R. HARRIS, )
individually and as administrator )
of the estate of Christine Alease Harris, )
)
Plaintiff, )
)
v. ) **ORDER**
)
JONATHAN RAMON FAMBRO, )
et al., )
)
Defendants. )

Having reviewed the record, the court DENIES plaintiff's motion for entry of default against defendant North Carolina Special Police, LLC [D.E. 25]. Cf. [D.E.22]; Fed. R. Civ. P. 4(h); N.C. Gen. Stat. § 1A-1, Rule4(j)(6). The court DENIES entry of default against defendant Jonathan Ramon Fambro [D.E. 24]. Cf. [D.E. 16, 27, 29, 30].

SO ORDERED. This 25 day of January, 2023.

JAMES C. DEVER, III
United States District Judge