IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:22-cv-381-D

| | | |
|---|---|---|
| WILLIAM R. HARRIS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CHRISTINE ALEASE HARRIS, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JONATHAN RAMON FAMBRO, OFFICIAL AND INDIVIDUAL CAPACITY, NC SPECIAL POLICE, LLC, CHRISTOPHER BIGGERSTAFF, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, THE CITY OF FAYETTEVILLE, THE FAYETTEVILLE POLICE DEPARTMENT, | ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) ) | |

This matter coming before the Court on Defendants Christopher Biggerstaff, in his official and individual capacity, The City of Fayetteville, and "The Fayetteville Police Department's" Motion to Stay [DE 50] pursuant to Rule 26(c) of the Federal Rules of Civil Procedure;

And the Court finding there are good grounds for the stay and that Defendants' Motion should be granted;

The Court GRANTS the Fayetteville Defendants' Motion to Stay Discovery [DE 50] and discovery shall be stayed until the Court rules on Defendants' pending Motion to Dismiss and Motion for Judgment on the Pleadings [DE 44].

SO ORDERED. This the 15 day of December, 2023.

J. Dever
JAMES C. DEVER III
United States District Judge