UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM R. HARRIS, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>JONATHON RAMON FAMBRO, NC )<br>SPECIAL POLICE LLC, CHRISTOPHER )<br>BIGGERSTAFF, THE CITY OF )<br>FAYETTEVILLE, and THE )<br>FAYETTEVILLE POLICE )<br>DEPARTMENT, )<br>)<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:22-CV-381-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the motion to dismiss [D.E. 44] and DISMISSES the action WITHOUT PREJUDICE. The court DISMISSES WITH PREJUDICE the Fayetteville Police Department.

**This Judgment Filed and Entered on February 21, 2024, and Copies To:**

| | |
|---|---|
| Jason Michael Burton | (via CM/ECF electronic notification) |
| Jeremy A. Kosin | (via CM/ECF electronic notification) |
| Camilla Frances DeBoard | (via CM/ECF electronic notification) |
| James C. Thornton | (via CM/ECF electronic notification) |

DATE: February 21, 2024         PETER A. MOORE, JR., CLERK

                                (By) /s/ Stephanie Mann
                                Deputy Clerk